RONALD A. MARRON (SBN# 175650)
ALEX T. SLIHEET (SBN# 153273)
LAW OFFICE OF RONALD A. MARRON, APLC,
3636 Fourth Avenue, Ste. 202
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
ron.marron@cox.net

LOIS BROWN KELLY, ESQ. (SBN# 134879)
ELDER LAW AND ADVOCACY
3675 Ruffin Road,
Ste., 315
San Diego, CA 92123
lkelly@seniorlaw-sd.org

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

HARRY M. SHEARER, an individual

Plaintiff

vs.

WMC MORTGAGE CORPORATION, a California corporation,

PRIORITY ONE REAL ESTATE & LOANS, a California corporation;

FRANK GANAN, an individual.

FRANK KING, an individual,

Defendants

Case No. 07-CV-0394 (BTM) (JMA)

**ORDER REGARDING CONSENT MOTION TO FILE AMENDED COMPLAINT AND WITHDRAWAL OF PLAINTIFF'S NOTICED/CALENDARED JULY 27, 2007, MOTION**

Judge: The Honorable Barry Ted Moskowitz

ORDER

Plaintiff is given leave to amend his complaint and to file a first amended complaint by July 2, 2007.

IT IS SO ORDERED.

Dated: June 19, 2007

The Honorable Barry Ted Moskowitz